# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-40755
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

August 18, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Solomon Everfield, Jr.,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:19-CR-85-1

———————————————————

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Solomon Everfield, Jr. has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Everfield has not filed a response, but we have reviewed the arguments made in the 28 U.S.C. § 2255 motion he attempted to file in this

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40755

court. The record is not sufficiently developed to allow us to make a fair evaluation of Everfield's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Everfield's arguments. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.